IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**DIVINA CLARA laspis BEY**                      **PLAINTIFF**

NO. 3:20CV00024-NBB-JMV

**MISSISSIPPI HIGHWAY PATROL, ET AL.**            **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated April 28, 2020, was on that date duly filed; that Plaintiff was mailed notification of same; that more than fourteen days have elapsed since entry of said R&R; and that no objection thereto has been filed. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated April 28, 2020, is, hereby, approved and adopted as the opinion of the Court.

2. That Plaintiff's motion [2] for leave to proceed *in forma pauperis* is DENIED, and this case is dismissed without prejudice.

This, the 22nd day of June, 2020.

                                                  /s/ Neal Biggers
                                                  NEAL B. BIGGERS, JR.
                                                  UNITED STATES DISTRICT JUDGE